**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: L.S.C.-P., A MINOR : No. 226 EAL 2023
:
:
PETITION OF: H.C.-O., FATHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.